# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Nelson, Inc. ) ASBCA Nos. 61133, 61229
)
Under Contract No. W912EQ-09-C-0025 )

APPEARANCES FOR THE APPELLANT: Joree G. Brownlow, Esq.
  Cordova, TN

  Laurence Schor, Esq
  Dennis C. Ehlers, Esq.
    Asmar, Schor & McKenna, PLLC
    Washington, DC

APPEARANCES FOR THE GOVERNMENT: Thomas J. Warren, Esq.
    Acting Engineer Chief Trial Attorney
  Edward J. McNaughton, Esq.
  Ann M. Bruck, Esq.
    Engineer Trial Attorneys
    U.S. Army Engineer District, Memphis

## ORDER OF DISMISSAL

The parties have settled their disputes in the referenced appeals. Accordingly, the appeals are hereby dismissed with prejudice.

Dated: 8 November 2017

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61133, 61229, Appeals of Nelson, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals